**Robert WILSON, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**WD 79684**

Missouri Court of Appeals, Western District.

ORDER FILED: JANUARY 17, 2017

Jeffrey L. Dull, Clinton, MO, Counsel for Appellant

Ninion S. Riley, Jefferson City, MO, Counsel for Respondent

Before Division Two: Lisa White Hardwick, Presiding Judge, Karen King Mitchell, Judge, Anthony Rex Gabbert, Judge

**ORDER**

Per Curiam:

Robert Wilson appeals the Labor and Industrial Relations Commission's order denying him unemployment benefits. We affirm. Rule 84.16(b).